UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CLYDE R. HARRIMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 1:23-cv-00066-NT |
| | ) |
| SERGEANT MCCUE and | ) |
| SHERIFF TROY MORTON, | ) |
| | ) |
| Defendants. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On April 26, 2023, the United States Magistrate Judge filed with the Court, with a copy to the Plaintiff, her Recommended Decision after a preliminary review of the Plaintiff's Complaint under 28 U.S.C. § 1915. Recommended Decision (ECF No. 8). The Plaintiff filed an objection to the Recommended Decision on May 11, 2023 (ECF No. 9). I have reviewed and considered the Recommended Decision, together with the entire record. I have made a *de novo* determination of all matters adjudicated by the Recommended Decision, and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision.

It is therefore **ORDERED** that the Plaintiff's objection is **OVERRULED** and that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that, in accordance with 28 U.S.C. § 1915, the Plaintiff's complaint is **DISMISSED**.

SO ORDERED.

/s/ Nancy Torresen  
United States District Judge

Dated this 16th day of May, 2023.